IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PRINCE ROBINSON**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 3:14CV00072 BSM**

**OCTAVIOUS BAILEY et al.**                                                                      **DEFENDANTS**

## ORDER

Plaintiff Prince Robinson has not complied with the March 21, 2014, order directing him to submit the $400 statutory filing fee or a complete application to proceed *in forma pauperis* within thirty days. *See* Doc. No. 3. Robinson was warned that his complaint could be dismissed without prejudice if he did not comply. *See* Local Rule 5.5(c)(2). Accordingly, Robinson's complaint is dismissed without prejudice for failure to prosecute.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 15th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE