IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PRINCE ROBINSON**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 3:14CV00072 BSM**

**OCTAVIOUS BAILEY et al.**                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

DATED this 15th day of May 2014.

                                                UNITED STATES DISTRICT JUDGE